467 A.2d 59

Commonwealth v. Jackson a/k/a Patterson, Appellant.

Petition for Allowance of Appeal
Denied Feb. 3, 1984.

Submitted May 26, 1983.

John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.